# EXHIBIT A-1













