# EXHIBIT A-2



  



