# EXHIBIT A-3







