# EXHIBIT C

## Unauthorized use of my imagery

**From:** dan@aletheiaphotos.com
**Sent:** Thu, Dec 22, 2016 at 11:46 am
**To:** Contact@TheRooster.com

Dan_Giannopoulos_Invoice_25-Oct_2016_Rooster.pdf (576.8 KB)

Dear Sir/ Madam

It has come to my attention that you have used my photography for an article on your website without asking for my permission in advance- in direct breach of my copyright.

http://www.therooster.com/blog/guy-has-amassed-largest-collection-artistic-drug-baggies-earth

I have attached an invoice for the image usage (at my standard online usage rates of £50Gbp per image) plus an unauthorized usage levy which I expect you to pay promptly to the account provided on the invoice.

It is best that you resolve this situation with prompt remunerations to me before my legal team at the National Union of Journalists becomes involved. I'm sure you will be aware that once this happens rulings will most definitely go in my favor and will be much more costly for you.

If payment isn't made by the due date of January 5th 2017 (as stipulated on the invoice) late payment fees will be added accordingly and legal proceedings will begin.

Regards,

Dan


**Dan Giannopoulos**
WEB: www.gianphotography.com
TEL: +44(0) 7825 284 107

Facebook - Twitter - Instagram - LinkedIn



# INVOICE

The Rooster

Invoice Date:
**30/01/ 2016**

Invoice Number:
**Rooster-0001**

www.gianphotography.com
Dan Giannopoulos
Photography
Flat 2 Wycombe Court
14 St Johns Park
Blackheath
London
England
SE3 7TW

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Drug Baggie images used online 25 Oct 2016 | 14 photos @50GBP per image | $865.00 | $865.00 |
| Fine for unauthorised usage of images | | $2595.00 | $2595.00 |
| Late payment charge 12/01/2017 | | $500 | $500 |
| Late payment charge 28/01/2017 | | $500 | $500 |
| | | Subtotal | $4460.00 |
| | | VAT @ 20% | $892 |
| | | **TOTAL** | **$5352.00** |

## Due Date: 05 January 2017 **PAST DUE**

Electronic Payments:  Bank: **Barclays** - Account: **13132005** - Sort Code: **20-62-69**

IBAN: GB88 BARC 2062 6913 1320 05   SWIFT: BARCGB22

*Thank you for your custom*

---

# PAYMENT ADVICE

| | | | |
|---|---|---|---|
| To: | Dan Giannopoulos Photography | Customer: | |
| | Flat 2 Wycombe Court | Invoice #: | Rooster-0001 |
| | 14 St Johns Park | Amount Due: | $5352.00 |
| | Blackheath | Due Date: | IMMEDIATELY |
| | London | | |
| | England | Amount Enclosed: | |
| | SE3 7TW | | |

dan@aletheiaphotos.com