# EXHIBIT D

Unauthorized use of my imagery
From: dan@aletheiaphotos.com
Sent: Thu, Jan 12, 2017 at 4:18 pm
To: Contact@TheRooster.com

Screengrabs.pdf (4.1 MB)    Dan_Giannopoulos_Invoice_12_01_2017_RoosterLate.pdf (684.2 KB)    Cover_letter_DGiannopoulos.docx (18.6 KB) – Download all

Dear Sir/ Madam,

Further to my recent email on the 22nd December 2016, regarding unauthorized usage of my imagery, please find attached the revised invoice and additional information with regards to the dispute. please pay the monies owed to me promptly.

Regards,
**Dan Giannopoulos**
WEB: www.gianphotography.com
TEL: +44(0) 7825 284 107
Facebook - Twitter - Instagram - LinkedIn