# EXHIBIT E

RE: Rooster
From: dan@alethelaphotos.com
Sent: Wed, Jan 18, 2017 at 8:59 pm
To: Howard Bernstein

Dear Mr Bernstein,

Firstly, how dare you refer to my claim as frivolous.

I'm perplexed that an attorney with over 35 years experience doesn't understand copyright law or what fair usage does and does not encompass.

I am well within my rights to claim remunerations from Rooster. I am a professional photographer and I am fully versed in copyright law both in the UK and US, more so than you it appears.

I am also fully aware that your fair usage claim is zero defence.

My remuneration demands are reasonable, as are the reasonable, and perfectly legal, late payment fees which will continue to be incurred by Rooster (regardless of whether a contract was agreed upon- which you rather carelessly felt the need to point out- Of course there is no contract since this whole claim is one of image theft by Rooster - 14 images to be exact, and plagiarised text.)

Payment will be made to me promptly and legal action will commence if this is not done. Be advised that you will lose, and Rooster will end up paying a great deal more in compensation and legal fees.

Please also bear in mind I have the backing of the National Union of Journalists, who deal with international copyright breaches on a daily basis. so your frankly pathetic attempt to threaten me has not, and will not, pass muster.

Another invoice with further late payment charges will be sent shortly. I suggest this is paid to avoid prolonging this affair for both parties.

Regards,

**Dan Giannopoulos**
WEB www.pianphotography.com
TEL: +44(0) 7825 284 107
Facebook - Twitter - Instagram - LinkedIn

-----Original Message-----
From: "Howard Bernstein" <howard@bernsteinattorney.com>
Sent: Monday, January 16, 2017 7:27pm
To: "dan@alethelaphotos.com" <dan@alethelaphotos.com>
Cc: "Howard Bernstein" <howard@bernsteinattorney.com>
Subject: Rooster

Dear Mr. Giannopoulos,

We have been retained by Rooster to respond to the recent correspondence that you sent to our client in which you falsely assert that Rooster has used your photography illegally. Rooster's usage of your photography clearly falls under Fair Use. Accordingly, the invoices that you sent to Rooster will not be paid. We find it particularly perplexing that you have even added a late charge and fine to your invoice when you and Rooster do not have a contract.

Please be advised that since you have threatened that legal proceedings will commence if Rooster does not pay your invoice by January 31st, we are authorized to accept service on behalf of Rooster. That being said, we strongly suggest that you consider the consequences of initiating a frivolous lawsuit before you actually file one.

Best Regards,

**Howard O. Bernstein, Esq.**
Howard O. Bernstein, P.C.
1111 Pearl Street, Ste. 203
Boulder, CO 80302
303-494-3321 Phone
303-544-5955 Fax
www.bernsteinattorney.com

This electronic message transmission, including any attached files, contains information which may be confidential and/or legally privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify the sender immediately by telephone (303) 494-3321 or by a "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments, without reading or saving in any manner.