# EXHIBIT F

# Unauthorized use of my imagery

From:   dan@aletheiaphotos.com
Sent:   Mon, Jan 23, 2017 at 11:20 am
To:     Contact@TheRooster.com
Cc:     Howard Bernstein

---

Screengrabs.pdf (4.1 MB)        Dan_Giannopoulos_Invoice_12_01_2017_RoosterLate.pdf (684.2 KB)    − **Download all**

---

Dear Sir/ Madam,

Further to my recent emails on the 22nd December 2016, and January 12th 2017 regarding unauthorized usage of my imagery;

Your frightened, weak and frankly laughable claim of Fair Usage is utterly indefensible, and your feeble attempt at intimidation through your attorney Howard Bernstein (Who seemingly doesn't have a coherent grasp of copyright law and Fair Usage despite having 35 years experience) will not stop me from getting what is owed to me by Rooster. Nor will it stop me from adding further late payment fines as you continue to ignore my claim. Your attorney rather carelessly raised the issue of no contract being signed. In itself an admittance that you obtained and used the 14 images without my express permission, and in an indisputably unlawful manner.

I demand that you pay the money you owe to me for the theft of my work, and I demand you pay this promptly, before the 31st of January. Legal action will commence. At which point you will lose. This is a fact that we are all fully aware of, so let us get this little dance over and done with. I have the representation of the National Union of Journalists' legal team, who deal with and win international copyright infringement cases on a daily basis.

To help expedite this situation you will again find attached the invoice. Please also find included screen-grabs of the offending webpages, taken before you removed said pages, which is yet another incriminating action for you to have taken, considering you're so adamant that you have done no wrong.

Regards,
**Dan Giannopoulos**
WEB: www.gianphotography.com
TEL: +44(0) 7825 284 107
**Facebook** - **Twitter** - **Instagram** - **LinkedIn**