# EXHIBIT G

# Unauthorized use of my imagery

From: dan@aletheiaphotos.com
Sent: Mon, Jan 30, 2017 at 10:50 am
To: Contact@TheRooster.com
Cc: Howard Bernstein

Screengrabs.pdf (4.1 MB)   Dan_Giannopoulos_Invoice_30_01_2017_RoosterLate.pdf (1010.4 KB)   — Download all

Dear Sir/ Madam

Further to my recent emails on the 22nd December 2016, January 12th, and January 23rd 2017 regarding unlawful usage of my imagery;

Please find attached a revised invoice. Additional late charges of $500 have been added.

As you were informed previously, legal action will commence from tomorrow (31st January 2017). You shall expect to hear from my representatives shortly.

Regards,
**Dan Giannopoulos**
WEB: www.gianphotography.com
TEL: +44(0) 7825 284 107

Facebook - Twitter - Instagram - LinkedIn