UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| DAN GIANNOPOULOS<br><br>     Plaintiff,<br><br>v.<br><br>PREMIUM SOURCE INC.<br><br>     Defendant. | Case No.: 1:19-cv-3615 |

**MOTION FOR AN EXTENSION OF TIME TO SERVE DEFENDANT**

Plaintiff respectfully requests an extension until April 17, 2020 to serve Defendant. We have been attempting service and have yet to have a successful serve.

The Court's consideration is much appreciated.

                   /s/Richard Liebowitz
                   Richard Liebowitz

                   *Counsel for Plaintiff*