IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03615-WJM-STV

DAN GIANNOPOULOS,

    Plaintiff,

v.

PREMIUM SOURCE INC.,

    Defendant.

## ENTRY OF APPEARANCE

COMES NOW, Michael T. McConnell of the Law Firm McConnell Van Pelt, LLC, hereby enters his appearance on behalf of Richard P. Liebowitz.

Respectfully submitted this 9th day of June, 2020.

    */s/ Michal T. McConnell*
    Michael T. McConnell
    McCONNELL VAN PELT, LLC
    4700 South Syracuse Street, Suite 200
    Denver, Colorado 80237
    Telephone No.: (303) 480-0400
    Facsimile No.: (303) 458-9520
    Email: mike@mvp-legal.com

    ATTORNEYS FOR RICHARD LIEBOWITZ

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 9th day of June, 2020, the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com
*Attorneys for Plaintiff*

                                                       */s/ Lindsay Gonzales*
                                                       Lindsay Gonzales, Legal Assistant