UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

DAN GIANNOPOULOS,

                              Plaintiff,                     Case No. 1:19-cv-3615 (WJM-STV)

        - against -


PREMIUM SOURCE INC.

                              Defendant.


### <u>NOTICE OF ATTORNEY SANCTION</u>

        In compliance with the order of Magistrate Judge N. Reid Neureiter, dated May 11, 2020

[Dkt. #51] (the "Sanctions Order") in the matter of *Mondragon v. Nosrak, LLC et al.*, 19-cv-1437

(CMA-NRN), I hereby attach a true and correct copy of the Sanctions Order as <u>Exhibit A</u>.


                              Respectfully submitted,

                              LIEBOWITZ LAW FIRM, PLLC

                              **<u>/richardliebowitz/</u>**
                              Richard Liebowitz, Esq.
                              11 Sunrise Plaza, Ste. 305
                              Valley Stream, NY 11580
                              (516) 233-1660
                              RL@LiebowitzLawFirm.com

                              *Counsel for Plaintiff*