**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Dan Giannopoulos,

                Plaintiff,

              -against-

Premium Source Inc,

                Defendant.

Docket No: 1:19-cv-3615-WJM-STV

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Dan Giannopoulos.

Dated: June 17, 2020

**BARSHAY SANDERS, PLLC**

By:   /s *Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 119503
*Attorneys for Plaintiff*