**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-03615-WJM-STV

DAN GIANNOPOULOS, an individual,

    Plaintiff,

v.

PREMIUM SOURCE INC., a Colorado corporation

    Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

COMES NOW, Elise M. Aiken of the law firm Howard O. Bernstein, P.C. hereby enters her appearance on behalf of Defendant Premium Source Inc.

Dated this 19th day of August 2020.

    RESPECTFULLY SUBMITTED BY:

    HOWARD O. BERNSTEIN, P.C.

    *s/ Elise M. Aiken, Esq.*
    Howard O. Bernstein, Atty. No. 24476
    Elise M. Aiken, Atty. No. 43831
    1111 Pearl Street, Ste. 203
    Boulder, Colorado 80302
    Telephone: (303) 494-3321
    Howard@bernsteinattorney.com
    Amber@bernsteinattorney.com
    Elise@bernsteinattorney.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify on this 19th day of August 2020 a copy of the foregoing **ENTRY OF APPEARANCE** was filed with the court using the EM/ECF system which will send notification of the filing to the following counsel of record:

Attorney for Plaintiff:

Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055

/s/ *Elise M. Aiken, Esq.*