# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-03615-WJM-STV

Dan Giannopoulos

    Plaintiff,

v.

Premium Source Inc

    Defendant.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between Dan Giannopoulos and Premium Source Inc that all claims in this action be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to pay its own costs and attorneys' fees.

**IT IS FURTHER STIPULATED** that upon presentment of the Stipulation properly signed by the parties' attorneys of record that the Court may enter an Order pursuant to the terms hereof.

Respectfully submitted on January 25, 2021.

| **BARSHAY SANDERS, PLLC** | **HOWARD O. BERNSTEIN, P.C.** |
|---|---|
| By:*/s Craig B. Sanders* <br> Craig B. Sanders, Esq. <br> 100 Garden City Plaza, Suite 500 <br> Garden City, New York 11530 <br> Tel: (516) 203-7600 <br> Fax: (516) 706-5055 <br> *Attorneys for Plaintiff* | By:    /s Elise M. Aiken <br> Elise M. Aiken, Esq. <br> 1111 Pearl Street, Suite 203 <br> Boulder, CO 80302 <br> Tel: (303) 494-3321 <br> *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Elise M. Aiken, Esq.
1111 Pearl Street, Suite 203
Boulder, CO 80302
*Attorney for Defendant*

        s/ *Craig B. Sanders*
        Craig B. Sanders