**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-03615-WJM-STV

Dan Giannopoulos

    Plaintiff,

v.

Premium Source Inc

    Defendant.

    Defendant.

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

**IT IS HEREBY ORDERED** that all claims in this action be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all matters in controversy being settled, each party to pay its own costs and attorneys' fees.

DATED this _____ day of _____, 2020.

                                              BY THE COURT:

                                              District Court Judge