IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 19-cv-3615-WJM-STV

DAN GIANNOPOULOS,

    Plaintiff,

v.

PREMIUM SOURCE INC.,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice, filed January 25, 2021 (ECF No. 35). The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 26th day of January, 2021.

BY THE COURT:

_____
William J. Martínez
United States District Judge